United States District Court
Southern District of Texas
**ENTERED**
June 22, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jamhal Talib, Abdullah Bey, Will Musa, Robert El Don, Lucha El Por Libertan, Jamil R. Bey, Alban El Curraugh, Coneld Gusyeno Bey, Tariff Sherif Bey, Pumiyil Abdullay El, Quinn Khabir El Alban El Currough, *Plaintiff*, | § § § § § § § § § | |
| v. | § § § | Civil Action No. H-21-2805 |
| The Commonwealth of Massachusetts, MA State Troopers, Ryan Casey, Matthew McDevitt, Sergeant Mike Sullivan, Sergeant Burnham, State Trooper Orlando, Christopher G. Keane, Magistrate Emily K Karsetter, Magistrate Peter Doyle, Magistrate James Lomothe, Jr., Erica Columbo, Charles Mongo, Governor Charles D. Baker Lieutenant Governor Karyn Polito Secretary Marylou Sudders, Acting Commissioner Margret R. Cook, District Attorney Marian T. Ryan, ADA Geoffrecy Van Epps, VIACOM, Deborah J. Duffy, Medford MA State Police, Warner Media AT&T, Comcast NBCUNIVERSAL NEWS, Various News Media Outlets, News Corporation Rupert Murdoch, Paula Baez, *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § | |

## ORDER OF ADOPTION

On May 19, 2022, Magistrate Judge Peter Bray recommended that Defendants' motions to dismiss, ECF Nos. 36, 67, 68, 79, be granted, that Jamil Rasul Bey's petition for a writ of habeas corpus, ECF No. 76, be denied, and that this case be dismissed without prejudice for lack of subject matter jurisdiction. ECF No. 96. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed on June 22, 2022, at Houston, Texas.

*David Hittner*

DAVID HITTNER
United States District Judge