United States District Court
Southern District of Texas
**ENTERED**
June 22, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Jamhal Talib, Abdullah Bey, Will Musa, Robert El Don, Lucha El Por Libertan, Jamil R. Bey, Alban El Curraugh, Coneld Gusyeno Bey, Tariff Sherif Bey, Pumiyil Abdullay El, Quinn Khabir El Alban El Currough, *Plaintiff*, <br><br> v. <br><br> The Commonwealth of Massachusetts, MA State Troopers, Ryan Casey, Matthew McDevitt, Sergeant Mike Sullivan, Sergeant Burnham, State Trooper Orlando, Christopher G. Keane, Magistrate Emily K Karsetter, Magistrate Peter Doyle, Magistrate James Lomothe, Jr., Erica Columbo, Charles Mongo, Governor Charles D. Baker Lieutenant Governor Karyn Polito Secretary Marylou Sudders, Acting Commissioner Margret R. Cook, District Attorney Marian T. Ryan, ADA Geoffrecy Van Epps, VIACOM, Deborah J. Duffy, Medford MA State Police, Warner Media AT&T, Comcast NBCUNIVERSAL NEWS, Various News Media Outlets, News Corporation Rupert Murdoch, Paula Baez, *Defendants*. | Civil Action No. H-21-2805 |

3

## **FINAL JUDGMENT**

It is ORDERED that Plaintiff's case be dismissed without prejudice.

This is a final judgment.

Signed at Houston, Texas, on June 22, 2022.

_David Hittner_
DAVID HITTNER
UNITED STATES DISTRICT JUDGE

4